UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>           Plaintiff,<br><br>    v.<br><br>LULA ESKANDER, et al.,<br><br>           Defendants. | Case No. 2:20-cv-07559-AB-JC<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 2, 2021

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE